# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>Jordan Brandon Jones (7),<br><br>     Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. Magistrate Judge<br><br>Case No: 25-cr-459 (MJD/DTS)<br>Date: January 12, 2026<br>Courthouse: St. Paul<br>Courtroom: 6B<br>Time Commenced: 1:58 p.m.<br>Time Concluded: 1:59 p.m.<br>Time in Court: 1 minute |

**APPEARANCES:**

 Plaintiff: Jeanne Semivan, Assistant U.S. Attorney
 Defendant: Kate Adams
    X FPD

**Indictment Dated:** December 2, 2025

 X Reading of Indictment Waived  X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                              *s/nah*
                           Signature of Courtroom Deputy